UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 12-27482-BKC-PGH
CHAPTER 7

IN RE:

TIMOTHY H SCHNELLENBERGER,

    Debtor.
_____/

## SUMMARY OF FINAL FEE APPLICATION OF
## TRUSTEE'S COUNSEL

1. Name of applicant: **RAPPAPORT OSBORNE & RAPPAPORT, PL**

2. Role of applicant: **Counsel for Trustee**

3. Name of certifying professional: **TAREK KIEM**

4. Date case filed: **07/20/12**

5. Date of application for employment: **09/17/12 (ECF 12)**

6. Date of order approving employment: **09/18/12 (ECF 13)**

7. If debtor's counsel, date of Disclosure of Compensation form: **N/A**

8. Date of this application: **03/26/13**

9. Dates of services covered: **09/05/12 – 03/25/13**

10. Balance on hand in Estate: **$11,950.65**

    **Fees...**

11. Total fee requested for this period (from Exhibit 1)    **$5,435.00**

12. Balance remaining in fee retainer account, not yet awarded   $ -0-

13. Fees paid or advanced for this period, by other sources    ($  -0-  )

14. **Net amount of fee requested for this period**    **$5,435.00**

**Expenses...**

15. Total expense reimbursement requested for this period          $283.48

16. Balance remaining in expense retainer account, not yet received          ($   -0-   )

17. Expenses paid or advanced for this period, by other sources          ($ -0- )

18. **Net amount of expense reimbursements requested for this period**   $283.48

19. Gross award requested for this period (#10 + #14)          $5,718.48

20. **Net award requested for this period** (#13 + #17)          $5,718.48

21. **If Final Fee Application, amounts of net awards requested in interim applications but not previously awarded** (total from History of Fees and Expenses, following pages): -0-

22. **Final fee and expense award requested (#19 + #20)**          $5,718.48
(reduced to $4,483.48)


**The Applicant is voluntarily reducing the fee request to $4,200.00 plus expenses.**

## History of Fees and Expenses

1. Dates, sources, and amounts of retainers received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|

N/A

2. Dates, sources, and amounts of third party payments received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|

N/A

3. Prior fee and expense awards:

## FEE APPLICATION

RAPPAPORT OSBORNE & RAPPAPORT, PL, counsel to the Trustee, applies for final compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. §330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 216(B). The exhibits attached to this application, pursuant to the Guidelines, are:

> Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.
>
> Exhibit "2" - Summary of Requested Reimbursements of Expenses.
>
> Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee of $5,435.00 for 17.9 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

## BANKRUPTCY 2016 STATEMENT

1. This is an application for counsel of the Trustee of compensation for professional services rendered. The application covers 17.9 hours of legal services rendered for the Trustee for which the Applicant is requesting the sum of $5,435.00 as compensation, together with $283.48 in costs for a total of $5,718.48, which Applicant has voluntarily reduced to $4,200.00 in compensation and $283.48 in costs. The Applicant is requesting an award of $4,482.48. There are no unawarded fees or costs. The fees sought herein shall be paid by Debtor's Estate.

## TIME AND LABOR REQUIRED

2. Applicant, as previously stated, has accumulated a total of 17.9 hours in this case for the time period of commencing September 5, 2012 through March 25, 2013.

## THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED

3. The main issues in this individual debtor case surround the extent the debtor's assets exceeded the allowed exemptions, which was estimated at $7,630.03, the value and existence of the debtor's interest in Healing Properties, Inc., and certain transfers made by the Debtor within two years of filing bankruptcy. The Trustee investigated with the assistance of counsel and reached a resolution of the foregoing issues, resulting in a $12,000.00 payment to the Estate. This case called upon Applicant's resources and expertise in reaching a settlement with the Debtor.

### THE SKILL REQUISITE TO PERFORM THE SERVICES PROPERLY

4. In order to perform the legal services enumerated herein properly, substantive legal knowledge in the fields of bankruptcy, commercial law, debtor-creditor rights, and the duties and powers of a Chapter 7 Trustee were required.

### THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE

5. The Applicant has devoted substantial time in the representation of the Trustee as more fully appears on Exhibit "3". The Applicant is aware of no other specific employment that was precluded as a result of accepting this case but had the Applicant not accepted this employment, the time spent on this case would have been spent on other matters which would pay an hourly compensation on a current basis.

### THE CUSTOMARY FEE

6. The hourly rate charged by Applicant is $350.00 to $595.00 per hour for partners, which is customary for attorneys in the Southern District of Florida of similar skill and experience. The hourly rate charged for attorneys who worked on this bankruptcy case is set forth in Exhibit "1A".

### WHETHER THE FEE IS FIXED OR CONTINGENT

7. The fee in this case is a fixed hourly rate. This case is not a contingency or flat fee case.

### TIME LIMITATION IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

8. The services performed by the Applicant were performed under time constraints imposed by the Debtor and creditors. Overall, there were no significant time limitations imposed.

### THE EXPERIENCE, REPUTATION, AND ABILITY OF THE PROFESSIONAL

9. Applicant is a law firm that practices primarily in the bankruptcy area and has participated in numerous complex bankruptcy cases before this Court. Applicant's firm is composed of attorneys who are well recognized within the field.

## THE UNDERSIRABILITY OF THE CASE

10. The representation of the Trustee of this case was not undesirable.

## THE NATURE AND LENGTH OF THE PROFESSIONAL RELATIONSHIP OF THE CLIENT

11. Other than in connection with this matter, Applicant has had no relationship with the Debtor. Applicant has an ongoing relationship with the Trustee.

## AWARDS IN SIMILAR CASES

12. The compensation sought by Applicant is not inconsistent with that awarded to Applicant in similar matters presented before the Bankruptcy Court in the Southern District of Florida.

## THE LEGAL STANDARD

13. The applicable legal standard for compensation under 11 U.S.C. §330 is based on the time, nature, extent and value of the Applicant's services as well as the cost of comparable services other than any case under title 11.

WHEREFORE, it is respectfully requested that the Court consider the reasonableness of the final award of fees in the amount of $5,435.00, plus costs of $283.48 for a total award of $5,718.48, voluntarily reduced to $4,483.48.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of this application, with all exhibits, was served electronically where available or by regular mail to all interested parties this 28th day of March, 2013.

RAPPAPORT OSBORNE & RAPPAPORT, PL
Attorneys for Trustee
1300 North Federal Highway
Suite 203, Squires Building
Boca Raton, Florida 33432
Telephone (561) 368-2200

BY: _____/s/_____
TAREK KIEM, ESQ.
FL Bar No. 823139

Joe M. Grant    jgrant@marshallgrant.com, efile@marshallgrant.com

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Margaret J. Smith    msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com

Carin Sorvik    csorvik@glassratner.com

## Certification

1. I have been designated by RAPPAPORT OSBORNE & RAPPAPORT, PL (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:

N/A.

BY: /s/
TAREK KIEM, ESQ.
FL Bar No. 637041

Summary of Professional and
Paraprofessional Time
Total per Individual
for this Period Only
(EXHIBIT "1-A")

[If this is a final application, and does not cumulate fee details from prior interim applications, then a separate Exhibit 1-A showing cumulative time summary from all applications is attached as well]

| Name of Partner, or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate | Fees |
|---|---|---|---|---|
| Kenneth S. Rappaport (Partner) | 1971 | | 595.00 | |
| Jordan L. Rappaport (Partner) | 1997 | | | |
| Les Osborne (Partner) | 1989 | .10 | 550.00 | 55.00 |
| Tarek Kiem (Partner) | 2003 | 10.2 | 400.00 | 4000.00 |
| LuAnn H. Taliento (paralegal) | | 1.9 | 350.00 | 525.00 |
| Jeanne Morgan (paralegal) | | 5.7 | 150.00 | 855.00 |
| M. Cristina Johnson (Legal Assistant) | | | | |
| Total | | 17.9 | | 5,435.00 |

Blended Average Hourly Rate: 303.63

Total fees: $5,435.00

# EXHIBIT "1"
## Summary of Professional and Paraprofessional Time by Activity Code Category for this Time Period Only
### (EXHIBIT "1-B")

### Activity Code: 267 Asset Analysis and Recovery

| Partner | Kenneth Rappaport | 595.00 | | |
|---|---|---|---|---|
| Partner | Les Osborne | 550.00 | | |
| Partner | Tarek Kiem | 400.00 | 8.0 | 3200.00 |
| Paraprofessional | LuAnn Taliento | 350.00 | | |
| Legal Assistant | Jeanne Morgan | 150.00 | .5 | 75.00 |
| | **Activity subtotal** | | 8.5 | 3275.00 |

### Activity Code: 270: Case Administration

| Partner | Kenneth Rappaport | 595.00 | | |
|---|---|---|---|---|
| Partner | Les Osborne | 550.00 | .10 | 55.00 |
| Partner | Tarek Kiem | 400.00 | 1.6 | 640.00 |
| Paraprofessional | LuAnn Taliento | 350.00 | 1.9 | 427.50 |
| Paraprofessional | Jeanne Morgan | 150.00 | 4.45 | 667.50 |
| | **Activity subtotal** | | 6.15 | 1362.50 |

### Activity Code: 273: Fee/Employment Applications

| Partner | Kenneth Rappaport | 595.00 | | |
|---|---|---|---|---|
| Partner | Les Osborne | 550.00 | | |
| Partner | Tarek Kiem | 400.00 | .6 | 160.00 |
| Paraprofessional | LuAnn Taliento | 350.00 | 1.9 | 525.00 |
| Legal Assistant | Jeanne Morgan | 150.00 | .75 | 112.50 |
| | **Activity subtotal** | | 3.25 | 797.50 |

*some hours at no charge

## Summary of Requested Reimbursement of Expenses
## for this Time Period Only

[If this is a final application which does not cumulate prior interim applications, a separate summary showing cumulative expenses for all applications is attached as well]

| | | |
|---|---|---|
| 1. | Filing Fees | $ |
| 2. | Process Service Fees | $ |
| 3. | Witness Fees | $ |
| 4. | Court Reporter Fees and Transcripts | $165.00 |
| 5. | Lien and Title Searches | $ |
| 6. | Recording Fees | $ |
| 7. | Photocopies | |
| | (a) In-house copies (618 X 15¢/page) | $92.70 |
| | (b) Outside copies | $ |
| 8. | Postage | $22.78 |
| 9. | Overnight Delivery Charges | $ |
| 10. | Outside Courier/Messenger Services | $ |
| 11. | Long Distance Telephone Charges | $ |
| 12. | Long Distance Fax Transmissions | $ |
| 13. | Computerized Research | $ |
| 14. | Out-of-Southern-District-of-Florida Travel | $ |
| 15. | Other Permissible Expenses (must specify and justify) PACER | $3.00 |

Total Expense Reimbursement Requested          $283.48

# EXHIBIT "2"

| Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Tcode 267 Asset Analysis and Recovery -** | | | | | | |
| 11/02/2012 | 6 | 267 | 150.00 | 0.20 | 30.00 | Asset Analysis and Recovery - Conference w/ TKK; identify possible deposition dates; e-mail dates to Debtor's counsel; work on duces tecum<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/05/2012 | 6 | 267 | 150.00 | 0.30 | 45.00 | Asset Analysis and Recovery - review e-mails from Debtor's counsel; send reply e-mail; revise 2004 Exam Notice for agreed date; calendar.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 6 | | | Billable | 0.50 | 75.00 | Jeanne M. Morgan |
| 10/24/2012 | 17 | 267 | 400.00 | 0.40 | 160.00 | Asset Analysis and Recovery - Review issues in case.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/02/2012 | 17 | 267 | 400.00 | 1.80 | 720.00 | Asset Analysis and Recovery - Review trustee and debtor documentation (1.1); Email exchange with Michelle Sams re same (0.2); Email exchange with Joe Grant re same (0.2); Confer with LSO re same (0.1); Review and finalize notice of Rule 2004 duces tecum (0.2).<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/16/2012 | 17 | 267 | 400.00 | 4.10 | 1,640.00 | Asset Analysis and Recovery - Prepare for and attend Rule 2004 Examination of the Debtor (3.2); Review documents produced at deposition (0.9).<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/20/2012 | 17 | 267 | 400.00 | 0.80 | 320.00 | Asset Analysis and Recovery - Complete review of Debtors documents (0.5); Review and respond to email from Joe Grant re settlement (0.3).<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/21/2012 | 17 | 267 | 400.00 | 0.90 | 360.00 | Asset Analysis and Recovery - Review and respond to emails from Debtor's counsel re settlement (0.2); Prepare settlement agreement (0.5); Review extension motion and order (0.2).<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 17 | | | Billable | 8.00 | 3,200.00 | Tarek Kiem |
| **Total for Tcode 267** | | | **Billable** | **8.50** | **3,275.00** | **Asset Analysis and Recovery -** |
| **Tcode 270 Case Administration -** | | | | | | |
| 09/11/2012 | 6 | 270 | 150.00 | 0.50 | 75.00 | Case Administration - review PACER for filed schedules and calendar events; diary deadlines; prepare case checklist; organize file<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 09/17/2012 | 6 | 270 | 150.00 | 0.20 | 30.00 | Case Administration - conference with TKK about work plan<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 09/28/2012 | 6 | 270 | 150.00 | 0.20 | 30.00 | Case Administration - review Trustee's notice of conclusion of 9/27/12 341 meeting and notice that filing information is complete; diary 10/27/12 deadline to object to exemptions; update case checklist; e-mail to TKK<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 09/28/2012 | 6 | 270 | 150.00 | 0.30 | 45.00 | Case Administration - conference with TKK regarding conclusion of 9/27 continued 341 meeting and confirm the current deadlines to object to exemptions and discharge; e-mail to Debtor's counsel<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 10/03/2012 | 6 | 270 | 150.00 | 0.75 | 112.50 | Case Administration - review reply e-mail from Debtor's counsel; prepare agreed motion for extension and agreed order; diary November 30 extended deadlines<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/21/2012 | 6 | 270 | 150.00 | 1.50 | 225.00 | Case Administration - Review e-mails between counsel; preparation of Settlement Agreement; preparation of Second Agreed Motion for Extension of deadlines and Agreed Order for same.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/26/2012 | 6 | 270 | 150.00 | 0.50 | 75.00 | Case Administration - preparation of receipt for Debtor's documents; letter to Trustee enclosing settlement funds and Settlement Agreement; e-mail to Trustee's Assistant<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 12/28/2012 | 6 | 270 | 150.00 | 0.50 | 75.00 | Case Administration - review PACER for any objection to Motion to Approve Settlement (none); prepare and file Certificate of No Response and upload Order.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |

| Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Tcode 270 Case Administration -** | | | | | | |
| Subtotal for Timekeeper 6 | | | Billable | 4.45 | 667.50 | Jeanne M. Morgan |
| 09/05/2012 | 8 | 270 | 550.00 | 0.10 | 55.00 | Case Administration - Review email from Smith<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 8 | | | Billable | 0.10 | 55.00 | Les S. Osborne |
| 09/05/2012 | 17 | 270 | 400.00 | 0.30 | 120.00 | Case Administration - Review email to/from Maggie Smith re Slothe (0.2); and Schellewenger (0.1)<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 09/20/2012 | 17 | 270 | 400.00 | 0.20 | 80.00 | Case Administration - Confer with Trustee re issues in case.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 10/01/2012 | 17 | 270 | 400.00 | 0.20 | 80.00 | Case Administration - Review deadlines in case.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 10/31/2012 | 17 | 270 | 400.00 | 0.10 | 40.00 | Case Administration - Email update on case to Trustee.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/07/2012 | 17 | 270 | 400.00 | 0.20 | 80.00 | Case Administration - Tel conference with Joe Grant re issues in case.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 11/26/2012 | 17 | 270 | 400.00 | 0.30 | 120.00 | Case Administration - Meeting with debtor re settlement and return of documents.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 12/28/2012 | 17 | 270 | 400.00 | 0.10 | 40.00 | Case Administration - Review status of settlement.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 01/17/2013 | 17 | 270 | 400.00 | 0.20 | 80.00 | Case Administration - Prepare and send status report to Trustee.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 17 | | | Billable | 1.60 | 640.00 | Tarek Kiem |
| **Total for Tcode 270** | | | **Billable** | **6.15** | **1,362.50** | **Case Administration** |
| **Tcode 273 Fee/Employment Applications -** | | | | | | |
| 03/18/2013 | 1 | 273 | 350.00 | 0.40 | 140.00 | Fee/Employment Applications - review file for fee app<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 03/25/2013 | 1 | 273 | 350.00 | 1.50 | 525.00 | Fee/Employment Applications - prepare fee app<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 1 | | | Billable<br>Non-billable<br>Total | 1.50<br>0.40<br>1.90 | 525.00<br>140.00<br>665.00 | LuAnn H. Taliento |
| 09/12/2012 | 6 | 273 | 150.00 | 0.75 | 112.50 | Fee/Employment Applications - conference with TKK; preparation of employment application, affidavit of attorney and order; e-mail to trustee's assistant<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 6 | | | Billable | 0.75 | 112.50 | Jeanne M. Morgan |
| 03/19/2013 | 17 | 273 | 400.00 | 0.20 | 80.00 | Fee/Employment Applications - Email to Trustee re fee application for ROR.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 03/20/2013 | 17 | 273 | 400.00 | 0.20 | 80.00 | Fee/Employment Applications - Review and respond to email from Michelle Sams re fee application.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| 03/21/2013 | 17 | 273 | 400.00 | 0.20 | 80.00 | Fee/Employment Applications - Tel conference with Trustee re fee app.<br>Smith Trustee<br>Schnellenberger - Smith Trustee hired ROR |
| Subtotal for Timekeeper 17 | | | Billable<br>Non-billable<br>Total | 0.40<br>0.20<br>0.60 | 160.00<br>80.00<br>240.00 | Tarek Kiem |

| | Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| Total for Tcode 273 | | | | Billable | 2.65 | 797.50 | Fee/Employment Applications |
| | | | | Non-billable | 0.60 | 220.00 | |
| | | | | Total | 3.25 | 1,017.50 | |

**GRAND TOTALS**

| | | |
|---|---|---|
| Billable | 17.30 | 5,435.00 |
| Non-billable | 0.60 | 220.00 |
| Total | 17.90 | 5,655.00 |