**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: SCHNELLENBERGER, TIMOTHY H      § Case No. 12-27482
                                       §
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Margaret J. Smith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,090.03                   Assets Exempt: $5,460.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,875.21    Claims Discharged
                                              Without Payment: $1,946,581.46

Total Expenses of Administration: $7,124.79

---

   3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,124.79 | 7,124.79 | 7,124.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,115,386.50 | 308,044.67 | 308,044.67 | 4,875.21 |
| **TOTAL DISBURSEMENTS** | $2,115,386.50 | $315,169.46 | $315,169.46 | $12,000.00 |

    4) This case was originally filed under Chapter 7 on July 20, 2012. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __08/20/2013_____    By: __/s/Margaret J. Smith_____
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Nissan Titan | 1129-000 | 4,000.00 |
| Healing Properties, Inc. | 1229-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Margaret J. Smith | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Margaret J. Smith | 2200-000 | N/A | 37.85 | 37.85 | 37.85 |
| Rappaport, Osborne & Rappaport | 3210-000 | N/A | 4,200.00 | 4,200.00 | 4,200.00 |
| Rappaport, Osborne & Rappaport | 3220-000 | N/A | 283.48 | 283.48 | 283.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| GlassRatner Advisory & Capital Group LLC | 3310-000 | N/A | 587.50 | 587.50 | 587.50 |
| Rabobank, N.A. | 2600-000 | N/A | 14.34 | 14.34 | 14.34 |
| Rabobank, N.A. | 2600-000 | N/A | 18.95 | 18.95 | 18.95 |
| Rabobank, N.A. | 2600-000 | N/A | 16.06 | 16.06 | 16.06 |
| Rabobank, N.A. | 2600-000 | N/A | 16.61 | 16.61 | 16.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,124.79** | **$7,124.79** | **$7,124.79** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | REAL TIME RESOLUTIONS, INC | 7100-000 | 438,153.36 | 273,184.70 | 273,184.70 | 4,323.51 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,213.48 | 2,189.48 | 2,189.48 | 34.65 |
| 3 | FIA Card Services, N.A. as successor to | 7100-000 | 12,429.00 | 12,429.36 | 12,429.36 | 196.71 |
| 4 | American Express Centurion Bank | 7100-000 | 5,135.38 | 5,135.38 | 5,135.38 | 81.27 |
| 5 | PNC BANK | 7100-000 | 6,281.73 | 7,344.20 | 7,344.20 | 116.23 |
| 6 | Citibank, N.A. | 7100-000 | 7,761.55 | 7,761.55 | 7,761.55 | 122.84 |
| NOTFILED | Onewest Bank | 7100-000 | 464,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 7100-000 | 38,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 9,892.02 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | The Home Depot | 7100-000 | 6,110.98 | N/A | N/A | 0.00 |
| NOTFILED | Wilshire Credit Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Svcin | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 7100-000 | 21,235.00 | N/A | N/A | 0.00 |
| NOTFILED | Select Portfolio Servicing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage | 7100-000 | 164,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage | 7100-000 | 304,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage | 7100-000 | 324,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BankUnited | 7100-000 | 216,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 7100-000 | 42,222.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 7100-000 | 53,952.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,115,386.50 | $308,044.67 | $308,044.67 | $4,875.21 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27482  
**Case Name:** SCHNELLENBERGER, TIMOTHY H

**Trustee:** (290321) Margaret J. Smith  
**Filed (f) or Converted (c):** 07/20/12 (f)  
**§341(a) Meeting Date:** 08/24/12

**Period Ending:** 08/20/13

**Claims Bar Date:** 01/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1    Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2    Wells Fargo Savings Account #2837 | 492.18 | 0.00 | | 0.00 | FA |
| 3    Wells Fargo Checking Account 0905 | 212.85 | 0.00 | | 0.00 | FA |
| 4    Utilities security deposit | 1,850.00 | 0.00 | | 0.00 | FA |
| 5    Household goods & furnishings<br>       Exempt | 460.00 | 0.00 | | 0.00 | FA |
| 6    10 books | 25.00 | 0.00 | | 0.00 | FA |
| 7    Firearms, sports & hobby equipment<br>       Report of Abandonment filed August 25, 2012 (DE 11) | 400.00 | 0.00 | OA | 0.00 | FA |
| 8    2006 Nissan Titan<br>       Partially exempt<br><br>Motion to Compromise Controversy with Debtor filed December 6, 2012 (DE 35)<br><br>Order Granting Motion To Compromise Controversy (DE 37) dated December 28, 2012 | 9,000.00 | 4,000.00 | | 4,000.00 | FA |
| 9    Office equipment, furnishings & supplies | 450.00 | 0.00 | | 0.00 | FA |
| 10   Healing Properties, Inc.  (u)<br>       Motion to Compromise Controversy with Debtor filed December 6, 2012 (DE 35)<br><br>Order Granting Motion To Compromise Controversy (DE 37) dated December 28, 2012 | Unknown | 8,000.00 | | 8,000.00 | FA |
| 10   **Assets    Totals** (Excluding unknown values) | **$13,090.03** | **$12,000.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Claims Bar Date:  January 11, 2012  
    Claims Review Status:  Complete - no objections  
    Tax Return Status:  2012 tax return complete

January 24, 2013:  Order Granting Application to Employ Carin Sorvik (DE 42)

Printed: 08/20/2013 11:25 AM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-27482  
**Case Name:** SCHNELLENBERGER, TIMOTHY H  

**Trustee:** (290321) Margaret J. Smith  
**Filed (f) or Converted (c):** 07/20/12 (f)  
**§341(a) Meeting Date:** 08/24/12  

**Period Ending:** 08/20/13  
**Claims Bar Date:** 01/11/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

January 23, 2013:  Ex Parte Application to Employ Carin Sorvik and GlassRatner as Accountant (DE 41)

December 28, 2012:  Order Granting Motion To Compromise Controversy (DE 37)

December 6, 2012:  Motion to Approve Settlement with Debtor filed (DE 35)

September 17, 2012:  Order Granting Application to Employ Tarek K Kiem (DE 13)

September 17, 2012:  Ex Parte Application to Employ Tarek K Kiem as Attorney for Trustee (DE 12)

**Initial Projected Date Of Final Report (TFR):**     March 31, 2013          **Current Projected Date Of Final Report (TFR):**     April 9, 2013  (Actual)

Printed: 08/20/2013 11:25 AM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-27482  
**Case Name:** SCHNELLENBERGER, TIMOTHY H

**Trustee:** Margaret J. Smith (290321)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******49-66 - Checking Account

**Taxpayer ID #:** **-***1794  
**Period Ending:** 08/20/13

**Blanket Bond:** $133,133,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/12 | | Timothy Schnellenberger | Motion to Compromise Controversy with Debtor filed December 6, 2012 (DE 35) Order Granting Motion To Compromise Controversy (DE 37) dated December 28, 2012 | | 12,000.00 | | 12,000.00 |
| | {8} | | 4,000.00 | 1129-000 | | | 12,000.00 |
| | {10} | | 8,000.00 | 1229-000 | | | 12,000.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029032088 20121218 | 9999-000 | | 12,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,000.00 | 12,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,000.00 | |
| | | | Subtotal | | 12,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,000.00 | $0.00 | |

{} Asset reference(s)

Printed: 08/20/2013 11:25 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-27482  
**Case Name:** SCHNELLENBERGER, TIMOTHY H  
**Taxpayer ID #:** \*\*-\*\*\*1794  
**Period Ending:** 08/20/13  

**Trustee:** Margaret J. Smith (290321)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*5466 - Checking Account  
**Blanket Bond:** $133,133,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,000.00 | | 12,000.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.34 | 11,985.66 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 11,966.71 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 11,950.65 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.61 | 11,934.04 |
| 06/27/13 | 10101 | GlassRatner Advisory & Capital Group LLC | Dividend paid 100.00% on $587.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 587.50 | 11,346.54 |
| 06/27/13 | 10102 | Margaret J. Smith | Dividend paid 100.00% on $1,950.00, Trustee Compensation; Reference: | 2100-000 | | 1,950.00 | 9,396.54 |
| 06/27/13 | 10103 | Rappaport, Osborne & Rappaport | Dividend paid 100.00% on $4,200.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 4,200.00 | 5,196.54 |
| 06/27/13 | 10104 | Rappaport, Osborne & Rappaport | Dividend paid 100.00% on $283.48, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 283.48 | 4,913.06 |
| 06/27/13 | 10105 | Margaret J. Smith | Dividend paid 100.00% on $37.85, Trustee Expenses; Reference: | 2200-000 | | 37.85 | 4,875.21 |
| 06/27/13 | 10106 | REAL TIME RESOLUTIONS, INC | Dividend paid 1.58% on $273,184.70; Claim# 1; Filed: $273,184.70; Reference: XXXXX5237 | 7100-000 | | 4,323.51 | 551.70 |
| 06/27/13 | 10107 | Capital One Bank (USA), N.A. | Dividend paid 1.58% on $2,189.48; Claim# 2; Filed: $2,189.48; Reference: XXXXXXXXXXXX5039 | 7100-000 | | 34.65 | 517.05 |
| 06/27/13 | 10108 | FIA Card Services, N.A. as successor to | Dividend paid 1.58% on $12,429.36; Claim# 3; Filed: $12,429.36; Reference: XXXXXXXXXXXX8236 | 7100-000 | | 196.71 | 320.34 |
| 06/27/13 | 10109 | American Express Centurion Bank | Dividend paid 1.58% on $5,135.38; Claim# 4; Filed: $5,135.38; Reference: X-X1003 | 7100-000 | | 81.27 | 239.07 |
| 06/27/13 | 10110 | PNC BANK | Dividend paid 1.58% on $7,344.20; Claim# 5; Filed: $7,344.20; Reference: 6995 | 7100-000 | | 116.23 | 122.84 |
| 06/27/13 | 10111 | Citibank, N.A. | Dividend paid 1.58% on $7,761.55; Claim# 6; Filed: $7,761.55; Reference: XXXXXXXXXXXX7625 | 7100-000 | | 122.84 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | | ACCOUNT TOTALS | 12,000.00 | 12,000.00 | $0.00 |
| | | Less: Bank Transfers | 12,000.00 | 0.00 | |
| | | Subtotal | 0.00 | 12,000.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $12,000.00 | |

{} Asset reference(s)

Printed: 08/20/2013 11:25 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-27482 | **Trustee:** Margaret J. Smith (290321) |
| **Case Name:** SCHNELLENBERGER, TIMOTHY H | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5466 - Checking Account |
| **Taxpayer ID #:** **-***1794 | **Blanket Bond:** $133,133,000.00 (per case limit) |
| **Period Ending:** 08/20/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 12,000.00 | | | | |
| | | Net Estate : | $12,000.00 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ****-******49-66 | 12,000.00 | 0.00 | 0.00 |
| Checking # ******5466 | 0.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)   Printed: 08/20/2013 11:25 AM   V.13.13